# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE HONORABLE NANCY SAITTA, SENIOR JUDGE, EIGHTH JUDICIAL DISTRICT COURT, CALRK COUNTY, STATE OF NEVADA.

No. 85101

**FILED**

OCT 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on August 1, 2022, with the filing of a certified copy of Stipulation and Order of Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline, Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:     Bailey Kennedy
        Nevada Commission on Judicial Discipline

 
22-31998